F I L E D

07/02/2021
*Shirley Faust*
CLERK
Missoula County District Court
STATE OF MONTANA
By: Ruth Winzel
DV-32-2021-0000802-OC
Larson, John W
1.00

Brooks Siegel, Esq.
3323 NE 163rd Street, Suite 504
North Miami Beach, Florida 33160
Tel. No.: (888) 415-0610
eservice@lemonlawgrouppartners.com
*Attorney for Plaintiffs Lelani R. Snyder and*
*Joseph P. Maniscalco*

## MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| | |
|---|---|
| LELANI R. SNYDER and<br>JOSEPH P. MANISCALCO | Cause No.: |
| Plaintiffs, | Department No.: |
| v. | Judge: |
| MERCEDES-BENZ USA, LLC,<br>a Foreign Limited Liabiltiy Company and<br>JAYCO, INC.,<br>a Foreign Profit Corporation | **COMPLAINT** |
| Defendants. | |

### JURY TRIAL DEMANDED
### COMPLAINT AND JURY DEMAND

NOW COME Plaintiffs, Lelani R. Snyder and Joseph P. Maniscalco (hereinafter

"Plaintiffs"), by and through their attorneys, Brooks Siegel and Lemon Law Group Partners

PLC, and submit the following as their Complaint against Defendants Mercedes-Benz USA,

LLC and Jayco, Inc.

### PARTIES, JURISDICTION AND VENUE

1. Plaintiffs Lelani R. Snyder and Joseph P. Maniscalco are individuals residing at 1320

   Sunset Blvd. South, Cody, Wyoming 82414.

2. Defendant Mercedes-Benz USA, LLC (hereinafter "Defendant Chassis Manufacturer" or

   "Defendant Mercedes-Benz") may be served through its registered agent, CT Corporation

System, 3011 American Way, Missoula, Montana 59808.

3. Defendant Jayco, Inc. (hereinafter "Defendant Motorhome Manufacturer" or "Defendant Jayco") may be served through its registered agent, CT Corporation System, 334 North Senate Avenue, Indianapolis, Indiana 46204.

4. The transactions and occurrences involved in this action took place in the State of Montana, County of Missoula.

5. This court has jurisdiction over this action by virtue of Rule 3(A)(1)(c)(ii) of the Montana Rules of Civil Procedure.

## COMMON AVERMENTS

6. On or about June 18, 2020, Plaintiffs purchased a new 2020 Jayco Melbourne 24LP motorhome, VIN: 24LPWDAPF4CD0KN049811 (hereinafter "Subject Vehicle") at an Authorized Dealership located in the State of Montana. Please see Exhibit A: Purchase Agreement.

7. At the time of purchase, the Subject Vehicle was accompanied by factory warranties which, in relevant part, provided for a Jayco two (2) year limited warranty and a Mercedes-Benz five (5) year/100,000 mile Powertrain warranty and three (3) year/36,000 mile chassis warranty (the "Warranties").  Please see Exhibit B: Pertinent Portion of Warranties. Full warranties are in Defendants' Possession.

8. The Subject Vehicle was purchased primarily for personal, family, and/or household purposes.

9. Defendants' warranties covered any repairs or replacements needed during the warranty periods and/or due to defects in factory materials or workmanship.

10. In fact, when delivered, the Subject Vehicle was defective in materials and workmanship,

such defects being discovered within the warranty periods and repairs were attempted.

11. Shortly after purchase, Plaintiffs noticed defects in the Subject Vehicle and returned the Subject Vehicle to Authorized Dealerships on at least five (5) occasions to repair defects to the Subject Vehicle including: knocking noise from engine area despite numerous repair attempts, twenty-four (24) hydraulic elements on engine necessitating replacement, two (2) camshafts necessitating replacement, twelve (12) rocker arms necessitating replacement, knocking noise persists despite replacement of numerous parts, vehicle required towing in to service on numerous occasions, AdBlue system fault message illuminating, sensors replaced due to defects, DPF (Diesel Particulate Filter) defects despite numerous repair attempts, exhaust system defects despite numerous repair attempts, black tank dump valve defects necessitating replacement, furnace line kinked, and stovetop will not light.  Please see Exhibit C:  Repair Orders.

12. Subject Vehicle has been out-of-service for at least fifty-six (56) total days for the aforementioned repairs. Please see Exhibit C.

13. Despite the prolonged time during which the Subject Vehicle has been out-of-service, Defendants have failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

14. The defects experienced by Plaintiffs with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiffs, and have shaken the Plaintiffs' faith in the vehicle to operate as dependable transportation.

15. Despite Plaintiffs' repeated efforts to allow Defendants the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

16. The Subject Vehicle still has issues including engine defects and stovetop defects.

17. Plaintiffs directly notified Defendants of the defective conditions of the vehicle on numerous occasions and that they desired a buy-back of the Subject Vehicle, wherein Defendants failed and refused to buy back Plaintiffs' defective Subject Vehicle and to reimburse Plaintiffs pursuant to their rights under State and Federal Laws.  Please see Exhibit D:  Written Notification.

18. This cause of action arises out of the Defendants' Breach of Warranty and violation of the Federal Magnuson-Moss Warranty Act, as well as Defendant Mercedes-Benz's violation of the Montana Lemon Law as set forth in this Complaint.

19. Plaintiffs seek judgment against Defendants in whatever amount Plaintiffs are entitled to, including equitable relief, consequential damages, along with the costs and expenses of this action.

20. There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this Complaint.

## COUNT I
## BREACH OF FACTORY WARRANTY

21. Plaintiffs fully repeat and incorporate Paragraphs 1 through 20, as set forth above.

22. Defendant Jayco extended to Plaintiffs a two (2) year limited warranty.  Defendant Mercedes-Benz extended to Plaintiffs a five (5) year/100,000 mile Powertrain warranty and three (3) year/36,000 mile chassis warranty (the "Warranties").

23. Plaintiffs, seeking to repair the Subject Vehicle, attempted to exercise Plaintiffs' rights under the Warranties.

24. Defendants have failed to honor the terms of the Warranties.

25. Defendants have failed or refused to repair the issues which include engine defects and stovetop defects.

26. As a result of the actions set forth above, Defendants have breached their warranties.

27. As a result of Defendants' breach of warranty, Plaintiffs have, and will continue to, suffer significant monetary and consequential damages.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter Judgment in favor of Plaintiffs and against Defendant in an amount to be proven at trial, including all consequential damages, incidental damages, equitable remedies, costs, interest, and attorney fees.

## COUNT II
## BREACH OF MAGNUSON-MOSS WARRANTY ACT

28. Plaintiffs fully repeat and incorporate Paragraphs 1 through 27, as set forth above.

29. This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A).

30. Plaintiffs are "consumer"s as defined by 15 USC § 2301(3).

31. Defendants are "supplier"s and "warrantor"s as defined by 15 USC § 2301(4)(5).

32. The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

33. 15 USC § 2310(d)(1)(A), requires Defendants, as warrantors, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiffs, as defined in 15 USC § 2304(d).

34. The actions of Defendants as hereinabove described, in failing to tender the Subject Vehicle to Plaintiffs free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiffs, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

35. Despite repeated demands and despite the fact that the Plaintiffs have complied with all reasonable terms and conditions imposed upon them by Defendants, Defendants have failed and refused to cure any defects and non-conformity with the Subject Vehicle.

36. As a result of Defendants' breach of factory warranty as set forth above, and Defendants' failure to honor their obligations under their warranties, Plaintiffs have, and will continue to, suffer damages as enumerated above.

37. Defendants had a reasonable opportunity to remedy the defects in the vehicle but have failed to do so, thereby entitling Plaintiffs to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

38. Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiffs are entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

## COUNT III
## MONTANA CODE ANN. §§ 61-4-501 - 61-4-533
## "LEMON LAW"

39. Plaintiffs fully repeat and incorporate Paragraphs 1 through 38, as set forth above.

40. Plaintiffs are "consumer"s under the Montana Lemon Law, MT Code Ann. § 61-4-501 (2).

41. Defendant Mercedes-Benz is a "manufacturer" under the Montana Lemon Law, MT Code Ann. § 61-4-501 (4).

42. The "warranty period" is defined as the period ending two (2) years after the date of the original delivery to the consumer of a new motor vehicle or during the first 18,000 miles of operation, whichever is earlier, MT Code Ann. § 61-4-501 (7).

43. The Subject Vehicle is a "motor vehicle" under the Montana Lemon Law, MT Code Ann.

§ 61-4-501 (5) (a).

44. It is presumed that a reasonable number of attempts have been undertaken to conform a motor vehicle to the warranty if either of the following occur,

> (1) the same nonconformity has been subject to repair four (4) or more times by the manufacturer or its agent or authorized dealer during the warranty period but the nonconformity continues to exist, MT Code Ann. § 61-4-504 (1); or

> (2) the motor vehicle is out of service because of nonconformity for a cumulative total of thirty (30) or more business days during the warranty period after notification of the manufacturer, agent, or dealer, MT Code Ann. § 61-4-504 (2).

45. During the warranty period, the Subject Vehicle was subject to repair on at least five (5) occasions and was out of service by reason of repair for at least fifty-six (56) days.  All attempted repairs were unsuccessful as the Subject Vehicle continues to have the aforementioned defects.

46. The aforementioned defects substantially impair the use or value of the Subject Vehicle to Plaintiffs and prevent the Subject Vehicle from conforming to the Defendant Mercedes-Benz's factory warranties.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray for judgment as follows:

(1)     For actual damages according to proof at trial;

(2)     For a refund of the purchase price of Subject Vehicle;

(3)     For Defendants to accept return of Subject Vehicle;

(4)     For attorney's fees and costs of suit incurred herein;

(5)     For such other and further relief as the court deems just and proper under

the circumstances;

(6)     That all issues be tried before a jury.

Dated:  <u>22nd</u> day of <u>June</u>, 2021

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC

By:     <u>/s/ Brooks Siegel</u>
        Brooks Siegel
        LEMON LAW GROUP PARTNERS PLC
        3323 NE 163rd Street, Suite 504
        North Miami Beach, FL 33160
        Telephone: (888) 415-0610
        Fax: (888) 809-7010
        *Attorneys for Plaintiffs*

# EXHIBIT A

PO Box 3766 - 8466 Huffine Lane
Bozeman, MT 59718


Big Sky RV INC.
www.bigskyrv.com

6708 S. Frontage Road
Billings, MT 59101

Subject to the terms and conditions on both sides of this AGREEMENT, I, purchaser and co-purchaser, agree to purchase the following described Unit.

| PURCHASER: | JOSEPH P MANISCALCO | | PURCHASER BUS PHONE: (307) 587-4619 | PURCHASER EMAIL: |
|---|---|---|---|---|
| CO-PURCHASER | LELANI R SNYDER | | CO-PURCHASER BUS. PHONE: 307-250-1711 | |
| ADDRESS 1320 SUNSET BLVD S/PO BOX 2274 | | | CITY: CODY, WY    STATE:    ZIP: 82414 | COUNTY: |
| DATE: 06/18/20 | CUSTOMER NUMBER: | | SALES PERSON: WADE SANT | |

| YR: 2020 | MAKE: JAYCO | SERIES | | MODEL: 24LP | BODY TYPE: MC | MILEAGE: 1966 |
|---|---|---|---|---|---|---|
| NEW ☐   PRE-OWNED ☐ | | SERIAL NUMBER: WDAPI4CD0KN049811 | | | COLOR DUSK | STOCK NUMBER: N7959 |

| | BASE PRICE: | 101065.00 |
|---|---|---|
| UPGRADE DUAL 24G BATT B24/B24B | | N/A |
| GO POWER 190WATT SOLAR GP/GPB | | N/A |
| INSTALL 12V C PAP PLUG IN BEDROOM | | |
| | DEALER INSTALLED OPTIONS | 1155.00 |
| | SUB-TOTAL | 102220.00 |

**DESCRIPTION OF TRADE 1:**

| YR: 2017 | MAKE: JAYCO | MODEL: 222 | BODY TYPE: |
|---|---|---|---|
| MILEAGE: | 1UJBJNBW6H1V20456 | | |

**DESCRIPTION OF TRADE 2:**

| YR: | MAKE: | MODEL: | BODY TYPE: |
|---|---|---|---|
| MILEAGE: | | | |

| TRADE ALLOWANCE | 16000.00 |
|---|---|
| LESS BALANCE DUE | N/A |
| NET ALLOWANCE | 16000.00 |
| DEPOSIT (non-refundable) | 86220.00 |
| NET EQUITY | 102220.00 |
| SUB-TOTAL | N/A |
| LEIN FILLING FEE | N/A |
| SALES TAXES (IF APPLICABLE) | |
| **UNPAID BALANCE** | N/A |

IMPORTANT NOTICE OF LEGAL RIGHTS AND LIMITATIONS - SEE BACKSIDE FOR ADDITIONAL TERMS.

**DISCLAIMER OF WARRANTIES:** Only the Manufacturer of a new Unit offers a warranty. Dealer is not party to the Manufacturer Warranty and neither assumes, nor authorizes any person to assume for Dealer, any liability in connection with the Manufacturer Warranty on the sale of a new Unit. Dealer does not offer a warranty on new Units and disclaims any express or implied warranties and guarantees on new Units, including without limitation, the IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE - the RV is sold AS-IS. In addition, Purchaser(s) agree that any warranty made by the manufacturer has not been made by the Dealer.

**PRE-OWNED RV DISCLAIMER OF WARRANTIES:** Some pre-owned Units may qualify for a service contract offered through a third-party vendor. Dealer is not a party to any service contract and neither assumes, nor authorizes any person to assume for Dealer, any liability in connection with the service contract. Dealer does not offer a warranty on pre-owned Units and disclaims any express or implied warranties and guarantees on pre-owned Units, including without limitation, the IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE - the RV is sold AS-IS.

I/We understand and agree that I/We have been provided a copy of the following documents and have read and reviewed, or had the opportunity to read and review, and agree to the terms of:

• This Agreement
• Letter Regarding Warranty for New/Pre-owned RV
• Big Sky RV, Inc. RV Handbook.

Purchaser Initials _____

THIS PURCHASE AGREEMENT CONTAINS THE ENTIRE UNDERSTANDING BETWEEN PURCHASER(S) AND BIG SKY RV, INC. NO ONE HAS AUTHORITY TO MAKE ANY REPRESENTATION BEYOND THIS AGREEMENT AND NO OTHER REPRESENTATIONS OR INDUCEMENTS, VERBAL OR WRITTEN HAVE BEEN MADE WHICH ARE NOT CONTAINED ON THIS DOCUMENT. *BY SIGNING BELOW PURCHASER(S) ACKNOWLEDGE THAT I/WE HAVE READ AND UNDERSTAND THE TERMS OF THIS AGREEMENT, INCLUDING THOSE PRINTED ON THE REVERSE SIDE, WHICH INCLUDE A MEDIATION AND AS-IS CLAUSE, AND THAT I/WE HAVE RECEIVED A COPY OF THIS AGREEMENT.*

Purchaser: _____

Co-Purchaser: _____

Dealer Authorized Signature: _____

Printed Name: _____


www.bigskyrv.com

**Big Sky RV, Inc**
PO Box 3766 - 8466 Huffine Ln
Bozeman, MT 59718
406.587.0039

**Big Sky RV of Billings**
6708 S. Frontage RD
Billings, MT 59101
406.281.7971

| Date | Stock | SO # | | Sales Person1 | Sales Person2 | Customer Number |
|---|---|---|---|---|---|---|
| 13 JUN 2020 | IN7959 | 6312 | | WADE SANT | | (26229) |

| Buyer | Home Phone | Mobile Phone | Email |
|---|---|---|---|
| JOSEPH MANISCALCO | 307-587-4619 | 307-250-1731 | VELOTREKKING@YAHOO.COM |

| Address | City | State | Postal |
|---|---|---|---|
| 1320 SUNSET BLVD. SOUTH | CODY | WY | 82414 |

| Co-Buyer | Home Phone | Mobile Phone | CO Buyer Email |
|---|---|---|---|
| LELANI SNYDER | 307-587-4619 | | |

| Year | Manufacturer | Brand | Model | Type | New/Used Serial # | | VIN # |
|---|---|---|---|---|---|---|---|
| 2020 | JAYCO | MELBOURNE | 24LP | CLASS C | NEW 1L1ZL0101 | | WDAPF4CD0KN049811 |

| Manufacturer Options | | Dealer Options | |
|---|---|---|---|
| CUSTOMER VALUE PKG | 4,700.00 | UPGRADE DUAL 24G BATT B24/B24B | 190.00 |
| SUN FOLDING WINDSHIELD SHADE | 285.00 | GO POWER 190WATT SOLAR GP/GPB | 965.00 |
| HYDRAULIC AUTO LEVLING | 2,595.00 | INSTALL 12V C PAP PLUG IN BEDROOM | 0.00 |
| MINIMUM ADVERTISED PRICE SUPPLEMENT | 2,534.00 | | |

| Year | Make | Model | Type | Approx. Payoff |
|---|---|---|---|---|
| 2017 | JAYCO | | TRAVEL TRAILER | 0.00 |

| Make | Model | Year | Capacity |
|---|---|---|---|
| | | | |

**Comments:**

Purchaser acknowledges the following:
- Big Sky RV does not guarantee the condition and expressly disclaims all warranties either expressed or implied.
- Big Sky RV does not re-purchase or "buy back" RVs for any reason.
- It is the purchaser's responsibility to fully research and understand tow ratings and capabilities of their tow vehicle and the load capacities of their RV.
- Whether new or used, all RVs will need a varying degree of repair.

All RVs equipped with electric brakes must be towed out of the Big Sky RV lot with a vehicle equipped with a brake control. This if for your personal safety. Note: some Travel Trailers may require a weight distribution hitch (EQ Hitch).

**Used Vehicles:** Purchaser acknowledges if the RV is used, it is being sold by dealer on a "as-is" basis with no warranties expressed or implied concerning it's mechanical condition.

**Disclaimer of Warranties:** The dealer hereby expressly disclaims all warranties, either expressed or implied **INCLUDING ANY IMPLIED WARRANTIES OR MERCHANTABLE OR FITNESS FOR A PARTICULAR PURPOSE.** The dealer is not party to any manufacturer's warranty and neither assumes nor authorizes any persons to issue for the dealer any liability in connection with the sale of the vehicle.

| | |
|---|---|
| Base Cost $ | 92,395.00 |
| Mfg Options $ | 10,114.00 |
| Freight $ | 795.00 |
| PDI $ | 995.00 |
| Dealer Options $ | 1,155.00 |
| Dealer Markup $ | 0.00 |
| Total List $ | 105,454.00 |
| Discount $ | (3,234.00) |
| Selling Price $ | 102,220.00 |
| Trade Allowance $ | 16,000.00 |
| Est. Trade Pay $ | 0.00 |
| Lien Filing Fee $ | 0.00 |
| Final Balance $ | 86,220.00 |

| Signature of Buyer | Date |
|---|---|
| *Joseph P. Maniscalco* | 6/18/2020 |
| Signature of Co-Buyer | Date |
| *Lelani R Snyder* | 6/18/2020 |
| Dealer or Authorized Signature | Date | Approved By |
| *Wade S* | 6-18-2020 | |

Quote # 6312          v1.05

# Jayco Warranty Registration and Customer Delivery Form

Dealer is to assure that this form is properly completed and returned to the manufacturer within ten (10) working days after delivery

| OWNER'S NAME | | | | |
|---|---|---|---|---|
| *LeLani Snyder* | **Remit to: Fax: 1-800-825-7876** | | | |
| ADDRESS | P.O. Box 460 Middlebury, IN 46540 | | | |
| *P.O. Box 2274* | DEALER NAME | | DEALER NUMBER | |
| CITY | | | | |
| *Cody    Wyo    82414* | ADDRESS | | | |
| ST      ZIPCODE | | | | |
| DELIVERY DATE    PHONE NUMBER | CITY | | ST    ZIPCODE | |
| *6-18-2020  307-587 4619* | | | | |
| EMAIL ADDRESS (OPTIONAL) | MODEL YEAR / MODEL | | ODOMETER READING (MOTORHOME) | |
| SERIAL NUMBER ( 17 DIGITS REQUIRED) | CHASSIS VIN (17 DIGITS REQUIRED) | | | |
| *1L1ZL0101* | *WDAPF4CD0KN049811* | | | |

All items must be marked off by the dealer in the customer's presence indicating performance or instruction as required.
Please mark each item "OK" or "NA" (Not applicable).

## 1. Electrical System
- 110 Volt System
- 110 Volt Auxiliary Generator Operation
- 12-Volt System
- Ground Fault Circuit Interrupter (GFC)
- All Interior Lights/Recepts/Switches
- All Exterior Lights/Recepts/Switches
- Battery System
- ✓ Monitor Panel
- ✓ Slideout Operation and Maintenance
- ✓ Phone and Cable TV
- ✓ Audio/Video Entertainment System
- ✓ Converter Operation and Use
- Solar Panel
- Interior Fans - All

**Motorized Only**
- ✓ Inverter Operation and Use
- ✓ Driver Dash Controls/Switches
- ✓ Hydraulic Leveling Jacks
- ✓ Power Cord/Reel
- ✓ Backup Camera and Monitor

## 2. Propane System
- ✓ Location and Maintenance of Propane
- ✓ Lines and Connections
- ✓ Maintenance and Operation of Regulator
- ✓ Propane Monometer Test (Check for leaks-repair if needed and retest). Set Propane Pressure at ___?___ in. Water Column
- ✓ Outside Grill Use and Operation

## 3. Water/Plumbing System
- ✓ Water Intake/Drain Lines
- ✓ On-Demand Water Pump
- ✓ Faucet(s)/Fixture(s)
- ✓ Winterizing/Bypass
- ✓ Outside Shower
- ✓ Shower
- ✓ Black Holding Tank(s)
- ✓ Grey Holding Tank(s)
- ✓ Fresh Water Holding Tank(s)
- ✓ Toilet

## 4. Appliances
- Furnace and Thermostat
- ✓ Range/Oven/Hotplate
- ✓ Water Heater
- ✓ Refrigerator
- ✓ Air Conditioner
- ✓ Microwave
- ✓ Central Vacuum
- Heat Pump
- Washer/Dryer

## 5. Interior
- ✓ Curtain/Drapes/Valances/Blinds
- ✓ Beds/Couches/Tables
- ✓ Fire Extinguisher (Check Charge Only)
- ✓ Interior Trim and Sealants
- ✓ Windows - Cranks Mechanisms/Slides/etc.

## 6. Exterior
- ✓ Doors and Locks - all keys
- ✓ Screen Door
- ✓ Entrance Step
- ✓ Finish - spot paint, touch up and rub out if necessary
- ✓ TV and/or Satellite Antenna Mechanism
- ✓ Vents - all
- ✓ Compartment Doors
- ✓ Trim and Sealants
- ✓ Awnings
- ✓ Bumper/A-Frame - touch up as needed
- ✓ Window and Roof Sealants

## 7. Chassis - Motorized Only
- ✓ Check all Fluid Levels
- ✓ Chassis Prep as Recommended by the Manufacturer
- ✓ Tires - Condition and Pressure
- ✓ Wheel Lugs - as outlined in Chassis manual

## 8. Running Gear - Towable Only
- ✓ Brake Adjustment and Maintenance
- Bearing Lubrication and Maintenance
- Brake Wire Connections
- Hydraulic Brake Fluid and Maintenance
- A-Frame/Coupler Operation
- Operate and Lube Jacks
- Tires - Condition and Pressure Set
- Tire Pressure _____ psi

- ✓ Wheel Lugs - (Tighten to specs for ft. lb. torque) Review Maintenance - tighten at 10/25/50 miles

## 9. Folding Camping Trailer Only
- ✓ Complete Set Up and Closing Demonstration, Proper Leveling

## 10. General
- ✓ Wash Vehicle
- ✓ Be certain that all required literature is in the vehicle
- ✓ Be certain that all accessories including remote(s) are in the vehicle
- ✓ Be certain that all Owner's Manuals are in the vehicle
- ✓ Be certain that the Warranty Forms are completed

## 11. Dealer Installed Options
*(Dealer installed options are not covered under the manufacturer's limited warranties.)*
_____
_____
_____

---

## Owner/Dealer Inspection
1. Exterior and interior finish.
2. Operate all appliances, optional equipment and accessories and discuss maintenance.
3. Review operation, maintenance and safety of Propane System
4. Explain weight ratings, limitations and proper load distribution and maintenance.

5. Operate all fresh water and plumbing components including faucets, shower, toilet and drain locations.
6. Review tow vehicle, hitch and sway control set-up -test drive (towable only)
7. Complete review of owner's manuals and highlight safety issues.

I acknowledge that I have been given the opportunity to inspect the RV, take a test drive (if applicable) and make notations in the space provided and observed and received satisfactory explanations about all items listed above.

I certify that the dealer has performed the above inspection and that I have received, read and understand the Limited Warranty applicable to this product prior to purchase and I understand the terms thereof and the intended use of the product.

Date *6/18/20*

CUSTOMER SIGNATURE *Joseph P. Murphy*          DEALER SIGNATURE

**Dealer is responsible to keep original copy on file for a period of 10 years**
Three copies required: Dealer, Customer and Manufacturer

Warranty Registration Form_j.pdf
10/12/11

# EXHIBIT B



- 
- 
- 
- 
- 
- 

2020 MELBOURNE
*Built for any adventure*



View All Archived Products

View 2021 Melbourne



The Jayco 2-Year Limited Warranty covers you for 24 months, or 24,000 miles for motorized products, whichever comes first, from the original date of purchase. That's 730 days, two full camping seasons. No matter how you slice it, it's coverage that lasts twice as long as the industry standard.

And the support from Jayco doesn't end there. Starting with our 2020 models, a third year of structural warranty coverage is also included, **standard**. This includes any structural components such as laminated walls, roof and floor assembly. That's 3 camping seasons or 1,095 days. Travel with confidence and go explore in your Jayco today.

Click here for more information regarding our industry leading warranty.

**YOU'LL FIND IT'S THE BEST IN THE BUSINESS!**

# EXHIBIT C

# Mercedes-Benz
## of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 7/13/20 | 6025655/1 |
| R/O Close Date | Status |
| 7/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |

| Service Advisor / Tag # |
|---|
| RYAN BURT |

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

Email: josephpmaniscalco@gmail.com

#1 - MBNOISE: MBNOISE
    Customer states there is a knocking noise coming
from the engine area. Please advise
    Caused by
    performed noise locate and diag of knocking
noise/ performed short testing, no fault codes
were present. as per fts recommendation, removed
lower oil pan to inspect for metal shaving and or
damage.removed lower oil pan, no damage found, no
problems were identified. performed check for
noise on upper engine area, inspected injector
actual values for adaptation corrections and
performed leak down testing.found injector leak

| Part | Qty | Amount |
|---|---|---|
| Installed 003 989 98 20 10 :SEALANT MB | Qty: 1 | Warranty |
| Installed 611 017 00 60 :SEAL RING | Qty: 3 | Warranty |
| Installed 642 070 12 87 80 :REMAN INJECTOR F COMMO | Qty: 2 | Warranty |
| Core Chg 642 070 12 87 70 :CORE INJECTOR F COMMON | Qty: 2 | Warranty |
| Installed 000 990 29 07 :SCREW W FLANGE | Qty: 3 | Warranty |
| Installed 642 070 12 87 87 :REMAN INJECTOR F COMMO | Qty: 1 | Warranty |
| Core Chg 642 070 12 87 70 :CORE INJECTOR F COMMON | Qty: 1 | Warranty |
| Installed 642 050 03 11 :CHAIN TIGHTENER | Qty: 1 | Warranty |

excessive, replaced both injectors and retested.
knocking still present, removed engine cylinder
head cover and inspected cams/ ~~hydraulic elements~~
and ~~camshafts.~~ found excessive play in all

**TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE.** "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

**DISCLAIMER OF WARRANTIES.** Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealers No Application Group (800) 945-1008

**Mercedes-Benz**
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 7/13/20 | 6025655/2 |
| R/O Close Date | Status |
| 7/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2327 | 2333 |

Service Advisor / Tag #
RYAN BURT

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

rocker arms and clearance of more than specified.
rocker arms can be wiggled and loosely pick out
of cylinder head port holes without removing
cams. as per directions of fts, replaced cams and
all hydraulic elements and rocker
arms.reinstalled and rechecked for noise.on
initial starting, no noise present, after running
for extended periods. the knocking returned and
was present with fuel injector sequencing,
located the ignition knock to be the injector
cylinder 1, replaced and re codded.

------------------------------------------------

#2 - MBRECALL: RECALL
    Perform recall 2020040019 - VS3BAUTOP
Auto Park Function (Manual)
    Caused by
    completed recall 02-1813 0.1
completed recall 02-1813 0.1

------------------------------------------------

#3 - MBRECALL: RECALL
    Perform recall 2020040023 - VS3BRADVER
Front Axle Brake Hose
    Caused by
    completed recall 021773 0.2 02-1796 0.1
completed recall 021773 0.2 02-1796 0.1

------------------------------------------------

#4 - MB01: PERFORM VEHICLE SAFETY INSPECTION. A 39.95 VALUE

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 645-1028

# Mercedes-Benz
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 7/13/20 | 6025655/3 |
| R/O Close Date | Status |
| 7/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2327 | 2333 |
| Service Advisor / Tag # | |
| RYAN BURT | |

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| | |
|---|---|
| Work Phone | |
| Vehicle Identification Number | |
| | WDAPF4CD0KN049811 |
| Home Phone | |
| 307-250-1731 | |
| Delivery Date | In-Service Date |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

AT NO COST TO YOU.
Caused by
inspection
inspection
ENVIRONMENTAL/ HAZMAT FEE
Sub Total: .00

#5 - MBMILEAGE: MILEAGE IN/OUT BY TECHNICIAN
Caused by
after re coding injector , performed bench
testing for noise and no further noise was
present, found the injectors were leaking down
excessive amounts and caused the vehicle to smoke
for extended period, performed regen and cleared
all residue in exhaust, test drove to verify all
drive ability and engine operations are normal.
no further noise concerns or drive ability
concerns found. vehicle was returned to customer.
ENVIRONMENTAL/ HAZMAT FEE
Sub Total: .00

#6 - MBTOWING: TOWING
Caused by
rpo
tow
ENVIRONMENTAL/ HAZMAT FEE
Sub Total: .00

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc.

**Mercedes-Benz**
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 7/13/20 | 6025655/4 |
| R/O Close Date | Status |
| 7/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2327 | 2333 |
| Service Advisor / Tag # | |
| RYAN BURT | |

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

#7 * MBADD: ADDED REPAIR
   ADDED OPERATION
      Caused by
      performed recheck of basic cam positioning and
      timing chain allocations, re sealed engine cover.
      5.6

| | | |
|---|---|---|
| Tech: James McElroy (107) | | 924.00 |
| Installed 642 050 00 80 : ▮▮▮▮ | 24@46.80 | 1123.20 |
| Installed 611 990 05 22 :SCREW W RND. HEXAL. HEAD | 3@2.44 | 7.32 |
| Installed 611 990 00 10 :SCREW | 3@7.32 | 21.96 |
| Installed 642 050 61 01 : ▮▮▮▮ | 1@702.00 | 702.00 |
| Installed 642 050 46 01 :C▮▮▮ | 1@735.80 | 735.80 |
| Installed 642 050 01 33 : ▮▮▮ | 1@36.90 | 36.90 |
| Installed 642 050 01 33 : ▮▮▮ | 11@36.90 | 405.90 |

   performed recheck of basic cam positioning and
   timing chain allocations, re sealed engine cover.
   5.6

| ENVIRONMENTAL/ HAZMAT FEE | 20.00 |
|---|---|
| Sub Total: 3977.08 | |

#8 * MBADD: ADDED REPAIR
   ADDED OPERATION

| Tech: James McElroy (107) | |
|---|---|
| Installed 000 990 29 07 :SCREW W FLANGE | Internal |
| Installed 611 017 00 60 :SEAL RING | Internal |
| Installed 003 989 98 20 10 :SEALANT MB | Internal |
| | Internal |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1028

**Mercedes-Benz**
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 7/13/20 | 6025655/5 |
| R/O Close Date | Status |
| 7/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2327 | 2333 |
| Service Advisor / Tag # | |
| RYAN BURT | |

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| ENVIRONMENTAL/ HAZMAT FEE | Internal |

```
************************************************************
* Like us on Facebook, Google or Yelp for a chance to win *
* your next service on us. A drawing will be held every   *
* month.                                                  *
************************************************************
```

| | |
|---|---|
| Total Fees Amount | 20.00 |
| LABOR | 924.00 |
| PARTS | 3033.08 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | 92.40 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 4069.48 |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

*Approved for Repair*

# Mercedes-Benz
## of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/05/20 | 6025903/1 |
| R/O Close Date | Status |
| 8/05/20 | Pre-Invoice |
| Mileage In | Mileage Out |

| | |
|---|---|
| Service Advisor / Tag # | |
| RYAN BURT | |

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| | |
|---|---|
| Work Phone | |
| | Vehicle Identification Number |
| | WDAPF4CD0KN049811 |
| Home Phone | |
| 307-250-1731 | |
| | Delivery Date | In-Service Date |
| | | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Email: josephpmaniscalco@gmail.com<br><br>#1 - MBCEL: CUSTOMER STATES THAT THE CHECK ENGINE LIGHT IS ON<br>     Caused by<br>     performed short testing, found codes for<br>     th████████████████████████<br>     performed testing as per fault code, checked<br>     actual values of nox sensor/dpf soot content/<br>     temp sensors/ dpf pressure sensor and adblue<br>     fluid quality/fill level. no direct faults found.<br>     reset adaptations and performed regen while<br>     driving. no further cel active no further cel<br>     on.no adblue malfunctions found no cel active no<br>     performed short test follow up after test drive,<br>     no codes found. all faults rectified and no<br>     further malfunctions found at this time. vehicle<br>     was returned to customer.<br>     ENVIRONMENTAL/ HAZMAT FEE<br>       Sub Total: .00<br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br>#2 - MBMILEAGE: MILEAGE IN/OUT BY TECHNICIAN<br>     Caused by<br>       miles<br>     mies<br>     ENVIRONMENTAL/ HAZMAT FEE<br>       Sub Total: .00<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's Lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. • Dealertrack Application Group (800) 945-1228

# Mercedes-Benz
## of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/05/20 | 6025903/2 |
| R/O Close Date | Status |
| 8/05/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2459 | 2464 |

| Service Advisor / Tag # |
|---|
| RYAN BURT |

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 | | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| #3 - MBTOWING: TOWING | |
| Caused by | |
| tow | |
| tow | |
| ENVIRONMENTAL/ HAZMAT FEE | |
| Sub Total: .00 | |

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* Like us on Facebook, Google or Yelp for a chance to win  *
* your next service on us. A drawing will be held every    *
* month.                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | AMOUNT |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

*3rd time in shop, but kept it because*
*"Service Engine Light" still on*

**Mercedes-Benz**
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R.O Open Date | R/O Number |
|---|---|
| 8/11/20 | 6025957/1 |
| R/O Close Date | Status |
| 8/20/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2570 | 2596 |

Service Advisor / Tag #
**RYAN BURT**

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date / In-Service Date |
| 307-250-1731 | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Email: josephpmaniscalco@gmail.com | |

#1 - MBCEL: CUSTOMER STATES THAT THE CHECK ENGINE LIGHT IS ON
    Customer states vehicle has a code for DPF
    efficiency again. Please advise
      Caused by
      performed short testing, found def continent
      level high, performed check of regen history,
      found run time and regen not performed due tp
      prerequisites not met. reset adaptations and test
      drove, performed manual regen and reset scr
      adaptations. no further malfunctions were found
      at this time.
    performed short testing, found def continent
    level high, performed check of regen history,
    found run time and regen not performed due tp
    prerequisites not met. reset adaptations and test
    drove, performed manual regen and reset scr
    adaptations. no further malfunctions were found
    at this time.
    ENVIRONMENTAL/ HAZMAT FEE
      Sub Total: .00

*Service Advisor Kyle Robinson*

------------------------------------------------

#2 - MBMILEAGE: MILEAGE IN/OUT BY TECHNICIAN
      Caused by
      miles
      miles

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X *Joseph P. Maniscalco*

**Mercedes-Benz**
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/11/20 | 6025957/2 |
| R/O Close Date | Status |
| 8/20/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2570 | 2596 |

Service Advisor / Tag #
RYAN BURT

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| Work Phone | | Vehicle Identification Number |
|---|---|---|
| | | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 | | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| ENVIRONMENTAL/ HAZMAT FEE | |
|    Sub Total: .00 | |
| ------------------------------------------------ | |
| #3 - MBTOWING: TOWING | |
|    Caused by | |
|    tow | |
| tow | |
| ENVIRONMENTAL/ HAZMAT FEE | |
|    Sub Total: .00 | |
| ------------------------------------------------ | |
| #4 - MBRECALL: RECALL | |
|    perform recall 2020040019 - VS3BAUTOP | |
| Auto - p function | |
|    Caused by | |
|    completed recall 02-1813 0.1 | |
|    completed recall 02-1813 0.1 | |
| ------------------------------------------------ | |
| #5 - MBRECALL: RECALL | |
|    perform recall 2020040023 - VS3BRADVER | |
| front axle brake hose | |
|    Caused by | |
|    completed recall 02-1733 0.2 02-1796 0.1 | |
|    completed recall 02-1733 0.2 02-1796 0.1 | |
| ------------------------------------------------ | |
| #6 - MBRECALL: RECALL | |
|    perform recall 2020070011 - VS3DREHSIK | |
| front swivel seat wiring | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs hereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

# Mercedes-Benz
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/11/20 | 6025957/3 |
| R/O Close Date | Status |
| 8/20/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2570 | 2596 |

Service Advisor / Tag #
RYAN BURT

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 | | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Caused by | |

```
        Caused by
        completed recall 02-1862 1.1 02-1863 0.1
        completed recall 02-1862 1.1 02-1863 0.1
*****************************************************
* Like us on Facebook, Google or Yelp for a chance to win  *
* your next service on us. A drawing will be held every     *
* month.                                                    *
*****************************************************
```

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | AMOUNT |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealertrack Application Group (800) 965-1006

# Mercedes-Benz
## of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 7/13/20 | 6025655/1 |
| R/O Close Date | Status |
| 7/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |

| | |
|---|---|
| Service Advisor / Tag # | |
| RYAN BURT | |

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date    In-Service Date |
| 307-250-1731 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

Email: josephpmaniscalco@gmail.com

#1 - MBNOISE: MBNOISE
   Customer states there is a knocking noise coming
   from the engine area. Please advise
      Caused by
      performed noise locate and diag of knocking
      noise/ performed short testing, no fault codes
      were present. as per fts recommendation, removed
      lower oil pan to inspect for metal shaving and or
      damage.removed lower oil pan, no damage found, no
      problems were identified. performed check for
      noise on upper engine area, inspected injector
      actual values for adaptation corrections and
      performed leak down testing.found injector leak

| | | | |
|---|---|---|---|
| Installed 003 989 98 20 10 :SEALANT  MB | Qty: 1 | Warranty |
| Installed 611 017 00 60 :SEAL RING | Qty: 3 | Warranty |
| Installed 642 070 12 87 80 :REMAN INJECTOR F COMMO | Qty: 2 | Warranty |
| Core Chg 642 070 12 87 70 :CORE INJECTOR F COMMON | Qty: 2 | Warranty |
| Installed 000 990 29 07 :SCREW W FLANGE | Qty: 3 | Warranty |
| Installed 642 070 12 87 87 :REMAN INJECTOR F COMMO | Qty: 1 | Warranty |
| Core Chg 642 070 12 87 70 :CORE INJECTOR F COMMON | Qty: 1 | Warranty |
| Installed 642 050 03 11 :CHAIN TIGHTENER | Qty: 1 | Warranty |

      excessive, replaced both injectors and retested.
      knocking still present, removed engine cylinder
      head cover and inspected cams/ hydraulic elements
      and camshafts. found excessive play in all

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair
work hereinafter to be done along with the necessary material and agree that you are not
responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any
other cause beyond your control or for any delays caused by unavailability of parts or delays in
parts shipments by the supplier or transporter. I hereby grant you or your employees permission to
operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure
the amount of repairs thereto."

DISCLAIMER OF WARRANTIES.  Any warranties on the products sold hereby are those made by
the manufacturer. The seller hereby expressly disclaims all warranties either express or implied,
including any implied warranty of merchantability or fitness for a particular purpose, and the seller
neither assumes nor authorizes any other person to assume for it any liability in connection with the
sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Design No Applicator Group (800) 945-1008

**Mercedes-Benz**
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 7/13/20 | 6025655/2 |
| R/O Close Date | Status |
| 7/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2327 | 2333 |

Service Advisor / Tag #
RYAN BURT

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| | Work Phone | Vehicle Identification Number |
|---|---|---|
| | | WDAPF4CD0KN049811 |
| | Home Phone | Delivery Date | In-Service Date |
| | 307-250-1731 | | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

rocker arms and clearance of more than specified.
rocker arms can be wiggled and loosely pick out
of  cylinder head port holes without removing
cams. as per directions of fts, replaced cams and
all hydraulic elements and rocker
arms.reinstalled and rechecked for noise.on
initial starting, no noise present, after running
for extended periods. the knocking returned and
was present with fuel injector sequencing,
located the ignition knock to be the injector
cylinder 1, replaced and re codded.

-----------------------------------------

#2 - MBRECALL: RECALL
    Perform recall 2020040019 - VS3BAUTOP
    Auto Park Function (Manual)
       Caused by
       completed recall 02-1813 0.1
    completed recall 02-1813 0.1

-----------------------------------------

#3 - MBRECALL: RECALL
    Perform recall 2020040023 - VS3BRADVER
    Front Axle Brake Hose
       Caused by
       completed recall 021773 0.2 02-1796 0.1
    completed recall 021773 0.2 02-1796 0.1

-----------------------------------------

#4 - MB01: PERFORM VEHICLE SAFETY INSPECTION. A 39.95 VALUE

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair
work hereinafter to be done along with the necessary material and agree that you are not
responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any
other cause beyond your control or for any delays caused by unavailability of parts or delays in
parts shipments by the supplier or transporter. I hereby grant you or your employees permission to
operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing
and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure
the amount of repairs thereto."

DISCLAIMER OF WARRANTIES.  Any warranties on the products sold hereby are those made by
the manufacturer. The seller hereby expressly disclaims all warranties either express or implied,
including any implied warranty of merchantability or fitness for a particular purpose, and the seller
neither assumes nor authorizes any other person to assume for it any liability in connection with the
sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2002 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 345-1028

**Mercedes-Benz** of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| | R/O Open Date | R/O Number |
|---|---|---|
| | 7/13/20 | 6025655/3 |
| | R/O Close Date | Status |
| | 7/22/20 | Pre-Invoice |
| | Mileage In | Mileage Out |
| | 2327 | 2333 |
| | Service Advisor / Tag # | |
| | RYAN BURT | |

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| | Work Phone | Vehicle Identification Number |
|---|---|---|
| | | WDAPF4CD0KN049811 |
| | Home Phone | Delivery Date   In-Service Date |
| | 307-250-1731 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| AT NO COST TO YOU. Caused by inspection inspection ENVIRONMENTAL/ HAZMAT FEE Sub Total: .00 | |
| #5 - MBMILEAGE: MILEAGE IN/OUT BY TECHNICIAN Caused by after re coding injector , performed bench testing for noise and no further noise was present, found the injectors were leaking down excessive amounts and caused the vehicle to smoke for extended period, performed regen and cleared all residue in exhaust, test drove to verify all drive ability and engine operations are normal. no further noise concerns or drive ability concerns found. vehicle was returned to customer. ENVIRONMENTAL/ HAZMAT FEE Sub Total: .00 | |
| #6 - MBTOWING: TOWING Caused by rpo tow ENVIRONMENTAL/ HAZMAT FEE Sub Total: .00 | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc.

# Mercedes-Benz
## of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 7/13/20 | 6025655/4 |
| R/O Close Date | Status |
| 7/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2327 | 2333 |

Service Advisor / Tag #
RYAN BURT

| MANISCALCO, JOE | Work Phone | Vehicle Identification Number |
| PO BOX 2274 | | WDAPF4CD0KN049811 |
| CODY, WY 82414 | Home Phone | Delivery Date / In-Service Date |
| | 307-250-1731 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|

```
#7 * MBADD: ADDED REPAIR
       ADDED OPERATION
       Caused by
       performed recheck of basic cam positioning and
       timing chain allocations, re sealed engine cover.
       5.6
       Tech: James McElroy         (107)                              924.00
       Installed 642 050 00 80 :              24@46.80               1123.20
       Installed 611 990 05 22 :SCREW W RND. HEXAL. HEAD  3@2.44        7.32
       Installed 611 990 00 10 :SCREW                     3@7.32       21.96
       Installed 642 050 61 01 :              1@702.00                 702.00
       Installed 642 050 46 01 :C            1@735.80                  735.80
       Installed 642 050 01 33 :             1@36.90                    36.90
       Installed 642 050 01 33 :             11@36.90                  405.90
       performed recheck of basic cam positioning and
       timing chain allocations, re sealed engine cover.
       5.6
       ENVIRONMENTAL/ HAZMAT FEE                                       20.00
          Sub Total: 3977.08
```

```
#8 * MBADD: ADDED REPAIR
       ADDED OPERATION
       Tech: James McElroy         (107)
       Installed 000 990 29 07 :SCREW W FLANGE            Internal
       Installed 611 017 00 60 :SEAL RING                 Internal
       Installed 003 989 98 20 10 :SEALANT   MB           Internal
                                                          Internal
```

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2008 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1028

# Mercedes-Benz
## of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 7/13/20 | 6025655/5 |
| R/O Close Date | Status |
| 7/22/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2327 | 2333 |
| Service Advisor / Tag # | |
| RYAN BURT | |

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date / In-Service Date |
| 307-250-1731 | |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| ENVIRONMENTAL/ HAZMAT FEE | Internal |

```
*********************************************************
* Like us on Facebook, Google or Yelp for a chance to win  *
* your next service on us. A drawing will be held every     *
* month.                                                    *
*********************************************************
```

| | |
|---|---|
| Total Fees Amount | 20.00 |
| LABOR | 924.00 |
| PARTS | 3033.08 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | 92.40 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | 4069.48 |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

*approved for Repair*

| | R/O Open Date | R/O Number |
|---|---|---|
| | 8/05/20 | 6025903/1 |
| | R/O Close Date | Status |
| | 8/05/20 | Pre-Invoice |
| | Mileage In | Mileage Out |

**Mercedes-Benz of Billings**

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

Service Advisor / Tag #
RYAN BURT

| MANISCALCO, JOE | Work Phone | Vehicle Identification Number |
|---|---|---|
| PO BOX 2274 | | WDAPF4CD0KN049811 |
| CODY, WY 82414 | Home Phone | Delivery Date    In-Service Date |
| | 307-250-1731 | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Email: josephpmaniscalco@gmail.com | |

#1 - MBCEL: CUSTOMER STATES THAT THE CHECK ENGINE LIGHT IS ON
    Caused by
    performed short testing, found codes for ▮▮▮▮
    th▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    performed testing as per fault code, checked
    actual values of nox sensor/dpf soot content/
    temp sensors/ dpf pressure sensor and adblue
    fluid quality/fill level. no direct faults found.
    reset adaptations and performed regen while
    driving. no further cel active no further cel
    on.no adblue malfunctions found no cel active no
    performed short test follow up after test drive,
    no codes found. all faults rectified and no
    further malfunctions found at this time. vehicle
    was returned to customer.
    ENVIRONMENTAL/ HAZMAT FEE
      Sub Total: .00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#2 - MBMILEAGE: MILEAGE IN/OUT BY TECHNICIAN
    Caused by
    miles
    mies
    ENVIRONMENTAL/ HAZMAT FEE
      Sub Total: .00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's Lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES: Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. • Dealertrack Application Group (800) 945-1026

# Mercedes-Benz
## of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| | |
|---|---|
| R/O Open Date | R/O Number |
| 8/05/20 | 6025903/2 |
| R/O Close Date | Status |
| 8/05/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2459 | 2464 |
| Service Advisor / Tag # | |
| RYAN BURT | |

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| | |
|---|---|
| Work Phone | Vehicle Identification Number |
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date / In-Service Date |
| 307-250-1731 | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| #3 - MBTOWING: TOWING | |
| Caused by | |
| tow | |
| tow | |
| ENVIRONMENTAL/ HAZMAT FEE | |
| Sub Total: .00 | |

```
*************************************************
* Like us on Facebook, Google or Yelp for a chance to win  *
* your next service on us. A drawing will be held every     *
* month.                                                    *
*************************************************
```

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

3RD TIME IN SHOP, BUT KEPT IT BECAUSE
"SERVICE ENGINE LIGHT" STILL ON

Mercedes-Benz
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R.O Open Date | R/O Number |
|---|---|
| 8/11/20 | 6025957/1 |
| R/O Close Date | Status |
| 8/20/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2570 | 2596 |

Service Advisor / Tag #
RYAN BURT

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| | Work Phone | Vehicle Identification Number |
|---|---|---|
| | | WDAPF4CD0KN049811 |
| | Home Phone | Delivery Date | In-Service Date |
| | 307-250-1731 | | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Email: josephpmaniscalco@gmail.com | |

#1 - MBCEL: CUSTOMER STATES THAT THE CHECK ENGINE LIGHT IS ON
    Customer states vehicle has a code for DPF
    efficiency again. Please advise
        Caused by
        performed short testing, found def continent
        level high, performed check of regen history,
        found run time and regen not performed due tp
        prerequisites not met. reset adaptations and test
        drove, performed manual regen and reset scr
        adaptations. no further malfunctions were found
        at this time.
    performed short testing, found def continent
    level high, performed check of regen history,
    found run time and regen not performed due tp
    prerequisites not met. reset adaptations and test
    drove, performed manual regen and reset scr
    adaptations. no further malfunctions were found
    at this time.
    ENVIRONMENTAL/ HAZMAT FEE
        Sub Total: .00

Service
Advisor

Kyle
Robinson

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

#2 - MBMILEAGE: MILEAGE IN/OUT BY TECHNICIAN
        Caused by
        miles
        miles

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE  "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES.  Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X   Joseph P. Maniscalco

# Mercedes-Benz
## of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/11/20 | 6025957/2 |
| R/O Close Date | Status |
| 8/20/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2570 | 2596 |

Service Advisor / Tag #
RYAN BURT

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| | Work Phone | Vehicle Identification Number |
|---|---|---|
| | | WDAPF4CD0KN049811 |
| | Home Phone | Delivery Date / In-Service Date |
| | 307-250-1731 | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| ENVIRONMENTAL/ HAZMAT FEE | |

```
      ENVIRONMENTAL/ HAZMAT FEE
         Sub Total: .00
--------------------------------------------
#3 - MBTOWING: TOWING
         Caused by
         tow
      tow
      ENVIRONMENTAL/ HAZMAT FEE
         Sub Total: .00
--------------------------------------------
#4 - MBRECALL: RECALL
      perform recall 2020040019 - VS3BAUTOP
      Auto - p function
         Caused by
         completed recall 02-1813 0.1
      completed recall 02-1813 0.1
--------------------------------------------
#5 - MBRECALL: RECALL
      perform recall 2020040023 - VS3BRADVER
      front axle brake hose
         Caused by
         completed recall 02-1733 0.2 02-1796 0.1
      completed recall 02-1733 0.2 02-1796 0.1
--------------------------------------------
#6 - MBRECALL: RECALL
      perform recall 2020070011 - VS3DREHSIK
      front swivel seat wiring
```

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

# Mercedes-Benz
## of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

SERVICE DEPARTMENT HOURS
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/11/20 | 6025957/3 |
| R/O Close Date | Status |
| 8/20/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 2570 | 2596 |

| Service Advisor / Tag # |
|---|
| RYAN BURT |

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 | | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Caused by | |
| completed recall 02-1862 1.1 02-1863 0.1 | |
| completed recall 02-1862 1.1 02-1863 0.1 | |
| ******************************************************** | |
| * Like us on Facebook, Google or Yelp for a chance to win * | |
| * your next service on us. A drawing will be held every   * | |
| * month.                                                  * | |
| ******************************************************** | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | AMOUNT |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealertrack Application Group (800) 995-4298

INVOICE NO. **14727**

| QTY. | MATERIAL | PRICE | |
|---|---|---|---|
| 1 | Bristol 3" Dump Valve | 26 | 45 |
| 1 | 3" NO HUB | 16 | 95 |
| 1 | LP Stove Regulator | 35 | 95 |
| 1 | Shop supplies | 15 | 00 |

C K 832

C K

Th4u h y v

**Park County RV, Inc.**
Over 20+ Years Experience
244 Blackburn Avenue
Cody, Wyoming 82414
(307) 527-GORV (4678)   Fax (307) 587-6278
1-866-627-4678

JOB PHONE | DATE OF ORDER 4/26/21
JOB NAME/LOCATION

TO: Joe

PHONE 250 1731
ORDER TAKEN BY

TERMS:

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| Furnace | |
| Dump Valve stif | |
| Stove Top No light | |
| At R Black tank Dump Valve | |
| troubleshoot LP problem, furnace | |
| line was kinked, ReRoute line | |
| Stove Regulator was bad Replaced | |
| Regulator tested Both for | |
| leaks and operation | |

| LABOR | HOURS | RATE | AMOUNT | TOTAL MATERIAL | 94 | 85 |
|---|---|---|---|---|---|---|
| Jeff | 4 | | | TOTAL LABOR | 430 | 00 |
| M.J. | .5 | | | | 544 | 85 |
| WORK ORDERED BY | | DATE COMPLETED 4/25/21 | | TAX | 21 | 80 |

SIGNATURE (I hereby acknowledge the satisfactory completion of the above described work.)

X Joseph P. Mun____

**Thank You!**
PAY THIS AMOUNT → 566 65

(MAY BE CONTINUED ON OTHER SIDE.)



**Mercedes-Benz of Billings**

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/28/20 | 6026143/1 |
| **R/O Close Date** | **Status** |
| 9/30/20 | Reprint |
| **Mileage In** | **Mileage Out** |
| 2595 | 2595 |

| Service Advisor / Tag # |
|---|
| RYAN BURT |

MANISCALCO, JOE
PO BOX 2274
CODY, WY 82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| **Home Phone** | **Delivery Date** | **In-Service Date** |
| 307-250-1731 | | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | | AMOUNT |
|---|---|---|

Email: josephpmaniscalco@gmail.com

#1 -        MR MBDRIVE: DRIVEABLITY CONCERN
Customer states vehicle giving message for Adblue
system fault. Please advise

|  |  |  |
|---|---|---|
| Corrected by 499068: (4905706) | | |
| Tech: Eddie Rogers(EDD) | | Warranty |
| Corrected by 499069: (4905706) | | |
| Tech: Eddie Rogers(EDD) | | Warranty |
| Corrected by 495915: (4905706) | | |
| Tech: Eddie Rogers(EDD) | | Warranty |
| Corrected by 075290: (4905706) | | |
| Tech: Eddie Rogers(EDD) | | Warranty |
| Corrected by 496661: (4905706) | | |
| Tech: Eddie Rogers(EDD) | | Warranty |
| Corrected by 071668: (4905706) | | |
| Tech: Eddie Rogers(EDD) | | Warranty |
| Corrected by 541011: (4905706) | | |
| Tech: Eddie Rogers(EDD) | | Warranty |
| Installed 000 490 14 41 :CLAMP | QTY: 1 | Warranty |
| Installed 006 542 49 18 :OXYGEN SENSOR | QTY: 1 | Warranty |
| Installed 000000 000276 :SCREW | QTY: 1 | Warranty |
| Installed 906 995 02 02 :CLAMP | QTY: 1 | Warranty |
| Installed 123 994 13 45 :NUT | QTY: 1 | Warranty |
| Installed 907 490 01 00 :EXHAUST SYSTEM | QTY: 1 | Warranty |
| Installed 219 492 00 80 :FLANGE GASKET | QTY: 1 | Warranty |
| Installed 000 990 67 03 :SCREW | QTY: 3 | Warranty |
| Installed 000 905 91 12 :NOX SENSOR | QTY: 1 | Warranty |
| Installed 000 905 91 12 :NOX SENSOR | QTY: 1 | Warranty |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1026



**Mercedes-Benz**
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/28/20 | 6026143/2 |
| R/O Close Date | Status |
| 9/30/20 | Reprint |
| Mileage In | Mileage Out |
| 2595 | 2595 |

| Service Advisor / Tag # |
|---|
| RYAN BURT |

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| Work Phone | Vehicle Identification Number |
|---|---|
|  | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 |  | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R |  |  |

| DESCRIPTION OF SERVICE AND PARTS | | AMOUNT |
|---|---|---|
| Installed 906 490 51 00 :EXHAUST SYSTEM | Qty: 1 | Warranty |
| Installed 000 995 11 33 :PROFILE CLAMP F EXHAUST | Qty: 1 | Warranty |
| Installed 000 905 06 08 :SOOT PARTICULATE SENSOR | Qty: 1 | Warranty |

***wro*** tech edd- check and found ad blue
message on in cluster. no check engine light.
performed short test has code for scr efficiency.
created an PTSS case 0001497008. as per FTS
replace o2 sensor and DPF. clerked faults and
perform teach in of DPF and o2 sensor. test drove
and message came back. as per FTS replace both
nox sensors and perform teach in. clear fault and
test drive . message came back on. as per FTS
replace scr and perform reset of all values.
teach in SCR and replace soot sensor ( soot
sensor threads stripped when remv i8ng from old
SCR) clear fault codes and test drive ( 2 30 mile
trips.) no more messages in cluster. returning
vehicle to client.

----------------------------------------

#2 -      MR MBMILEAGE: MILEAGE IN/OUT BY TECHNICIAN
ENVIRONMENTAL/ HAZMAT FEE
Sub Total:  Labor: .00   Parts: .00   Total: .00
2745

----------------------------------------

#3 *      MR MBTRIM: INTERIOR/EXTERIOR CONCERNS/REPAIRS
ADDED OPERATION
ENVIRONMENTAL/ HAZMAT FEE                         Internal
Installed 910 725 11 00 :FIXED SIDE WINDOW        Internal
Replace window and seal.

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR |  |
|---|---|
| PARTS |  |
| DEDUCTIBLE |  |
| SUBLET |  |
| SHOP SUPPLIES |  |
| HAZARDOUS MATERIALS |  |
| SALES TAX OR TAX I.D. |  |
| SPECIAL ORDER DEPOSIT |  |
| DISCOUNTS |  |
| TOTAL DUE |  |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1026



**Mercedes-Benz**
of Billings

3045 King Ave. West
Billings, MT 59102
(406) 294-7000
www.mbbillings.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 5:30 p.m.
Monday - Friday

| R/O Open Date | R/O Number |
|---|---|
| 8/28/20 | 6026143/3 |
| R/O Close Date | Status |
| 9/30/20 | Reprint |
| Mileage In | Mileage Out |
| 2595 | 2595 |

| Service Advisor / Tag # |
|---|
| RYAN BURT |

MANISCALCO, JOE
PO BOX 2274
CODY, WY  82414

| Work Phone | Vehicle Identification Number |
|---|---|
| | WDAPF4CD0KN049811 |
| Home Phone | Delivery Date | In-Service Date |
| 307-250-1731 | | 7/11/19 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2019 | MERCEDES-BENZ | SPRINTER CAB | 3500XD STANDARD R | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| int tech edd- repalce right frt door quarter glass and seal | |

```
*****************************************************
* Like us on Facebook, Google or Yelp for a chance to win  *
* your next service on us. A drawing will be held every     *
* month.                                                    *
*****************************************************
```

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | .00 |
| PARTS | .00 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | .00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | .00 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | .00 |
| TOTAL DUE | .00 |

**NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.**

X

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800) 945-1028

# EXHIBIT D

# LEMON LAW GROUP PARTNERS PLC

Attorneys and Counselors at Law
3323 NE 163rd Street, Suite 504
North Miami Beach, Florida  33160

_____

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

October 8, 2020

Jayco, Inc., Customer Service
903 S Main Street
P.O. Box 460
Middlebury, IN 46540

Re: Lelani Snyder & Joseph P Maniscalco
        Vehicle: 2020 Jayco Melbourne 24LP
        VIN: WDAPF4CD0KN049811

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Lelani Snyder & Joseph P Maniscalco relating to the purchase of the above-mentioned vehicle.  Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client in reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle.  If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC
By: s/n Brooks Siegel __
Attorney for Plaintiff

CC: Big Sky RV of Billings, 6708 S Frontage Rd, Billings, MT 59101